1
2
3
4
5
6
7
8
9
10
11
12
13
14
15

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

### WESTERN DIVISION

| | |
|---|---|
| CHYNZIA ORTIZ, individually and as successor-in-interest to Noor Ramsis; N.R., a minor, by and through their guardian *ad litem*, Chynzia Ortiz, individually and as successor-in-interest to Noor Ramsis,<br><br>        Plaintiffs,<br><br> v.<br><br>COUNTY OF LOS ANGELES, a public entity; JONATHAN SANDOVAL, an individual, and DOES 1-20, inclusive,<br><br>        Defendants. | Case No. 2:24-cv-9997-AH-BFM<br><br>**ORDER GRANTING PARTIES' STIPULATED PROTECTIVE ORDER** |

- 1 -

1  Having considered the papers, and finding that good cause exists, the Parties'
2  Stipulated Protective Order is **granted**.

4  **IT IS SO ORDERED**.

6  DATED: ____April 9____, 2025

_____
BRIANNA FULLER MIRCHEFF
UNITED STATES MAGISTRATE JUDGE