1
2
3
4
5
6
7
8
9
10
11

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

### WESTERN DIVISION

| | |
|---|---|
| CHYNZIA ORTIZ, individually and as successor-in-interest to Noor Ramsis; N.R., a minor, by and through their guardian *ad litem,* Chynzia Ortiz, individually and as successor-in-interest to Noor Ramsis,<br><br>Plaintiffs,<br><br>v.<br><br>COUNTY OF LOS ANGELES, a public entity; JONATHAN SANDOVAL, an individual, and DOES 1-20, inclusive,<br><br>Defendants. | Case No. 2:24-cv-9997-AH-BFM<br><br>District Judge: Anne Hwang<br><br>Magistrate Judge: Brianna Fuller Mircheff<br><br>**ORDER GRANTING PARTIES' FIRST AMENDED STIPULATED PROTECTIVE ORDER** |

1  Having considered the papers, and finding that good cause exists, the First
2  Amended Stipulated Protective Order is **granted.**

4  **IT IS SO ORDERED.**

7  DATED September 23, 2025

          *[signature]*
          _____
          BRIANNA FULLER MIRCHEFF
          UNITED STATES MAGISTRATE JUDGE